**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WELLS FARGO BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.  24-520-TMH |
| | ) |
| VERTICAN TECHNOLOGIES, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| VERTICAN TECHNOLOGIES, INC., | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| OLIVER TECHNOLOGY | ) |
| CORPORATION, | ) |
| | ) |
| Third-Party Defendant. | ) |

**DEFENDANT/THIRD PARTY PLAINTIFF'S UNOPPOSED
<u>MOTION TO EXTEND TIME</u>**

Defendant/Third-Party Plaintiff Vertican Technologies, Inc., by and through its undersigned counsel, at the request of Third-Party Defendant Oliver Technology Corporation ("Oliver"), respectfully moves to extend the deadline for Oliver to answer, move, or otherwise respond to the Third-Party Complaint (D.I. 46) in this action until April 7, 2025.  This extension is necessary to allow Oliver sufficient time to review the allegations in the third-party complaint. Defendant/Third-Party Plaintiff Vertican Technologies, Inc. and Plaintiff Wells Fargo Bank N.A. do not oppose this motion.

Dated:  February 7, 2025         Respectfully submitted,

FARNAN LLP

*/s/ Michael J. Farnan*

Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

IRELL & MANELLA LLP
Alan J. Heinrich (admitted *pro hac vice*)
Morgan Chu (admitted *pro hac vice*)
Woongki Park (admitted *pro hac vice*)
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: (310) 203-7958
aheinrich@irell.com
mchu@irell.com
jpark@irell.com

*Attorneys for Defendant Vertican
Technologies, Inc.*

IT IS SO ORDERED, this _____ day of _____, 2025.

_____
The Honorable Todd M. Hughes
United States District Judge (by designation)

2